B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re  MH Equity Managing Member, LLC  
Debtor(s)

Case No.  13-06283-JKC  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Australian Gold, LLC<br>6270 Corporate Drive<br>Indianapolis, IN 46278 | Australian Gold, LLC<br>6270 Corporate Drive<br>Indianapolis, IN 46278 | Administrative services fees, airplane charges, office furniture and fixtures acquisition charges, and certain interest charges | Disputed | 709,032.63 |
| Excelsus LLC<br>707 Cummings Avenue<br>Kenilworth, IL 60043 | Excelsus LLC<br>707 Cummings Avenue<br>Kenilworth, IL 60043 | Indemnification Claim | Contingent Unliquidated | Unknown |
| James S. Adams<br>219 Willowrun Way<br>Indianapolis, IN 46260 | James S. Adams<br>219 Willowrun Way<br>Indianapolis, IN 46260 | Management fees | | 112,500.00 |
| Merchant Capital, LLC<br>5101 Menard Drive<br>Eau Claire, WI 54703 | Merchant Capital, LLC<br>5101 Menard Drive<br>Eau Claire, WI 54703 | | Contingent Unliquidated Disputed | Unknown |
| Rollin Dick<br>9085 East SR 334<br>Zionsville, IN 46077 | Rollin Dick<br>9085 East SR 334<br>Zionsville, IN 46077 | Management fees | Contingent Unliquidated | 250,000.00 |
| Ronald Gerwig<br>33 East 73rd Street<br>Indianapolis, IN 46240 | Ronald Gerwig<br>33 East 73rd Street<br>Indianapolis, IN 46240 | Management fees | | 60,000.00 |
| Taft Stettinius & Hollister LLP<br>One Indiana Square<br>Suite 3500<br>Indianapolis, IN 46204 | Taft Stettinius & Hollister LLP<br>One Indiana Square<br>Suite 3500<br>Indianapolis, IN 46204 | | | 339,653.96 |

B4 (Official Form 4) (12/07) - Cont.

In re  MH Equity Managing Member, LLC                    Case No.  13-06283-JKC
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member and Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  June 12, 2013            Signature  /s/ Stephen Hilbert
                                          Stephen Hilbert
                                          Member and Authorized Representative

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.