# United States Bankruptcy Court
## Southern District of Indiana

In re      MH Equity Managing Member, LLC

Debtor

Case No.  13-06283-JKC

Chapter                    11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Stephen Hilbert<br>1120 Laurelwood<br>Carmel, IN 46032 | | 50% | |
| Tomisue Hilbert<br>1120 Laurelwood<br>Carmel, IN 46032 | | 50% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member and Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____June 12, 2013_____          Signature _/s/ Stephen Hilbert_____

Stephen Hilbert
Member and Authorized Representative

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

___0___   continuation sheets attached to List of Equity Security Holders