# United States Bankruptcy Court
## Southern District of Indiana

In re   MH Equity Managing Member, LLC                              Case No.   13-06283-JKC
                                       Debtor(s)                    Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   MH Equity Managing Member, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 12, 2013                           /s/ Jeffrey A. Hokanson
Date                                    Jeffrey A. Hokanson
                                        Signature of Attorney or Litigant
                                        Counsel for   MH Equity Managing Member, LLC
                                        Frost Brown Todd LLC
                                        201 North Illinois Street
                                        Suite 1900, P.O. Box 44961
                                        Indianapolis, IN 46204-4236
                                        317-237-3800 Fax:317-237-3900