SO ORDERED: October 10, 2013.



James K. Coachys
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| MH EQUITY MANAGING MEMBER, ) | Case No. 13-06283-JKC-11 |
| LLC ) | |
| ) | |
| Debtor. ) | |

**ORDER EXTENDING THE TIME WITHIN WHICH UNEXPIRED LEASES OF
NONRESIDENTIAL REAL PROPERY MAY BE ASSUMED OR REJECTED**

Upon consideration of Debtor's Motion for Extension of Time to Assume or Reject Unexpired Lease of Non-Residential Real Property [Docket No. 58] (the "Motion")¹ filed by MH Equity Managing Member, LLC ("Debtor"), seeking an order extending the deadline for Debtor to assume or reject unexpired leases of nonresidential real property; and it appearing that this Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of the Debtor's chapter 11 case and the Motion in this District is proper pursuant to 28

---

¹ Each capitalized term not otherwise defined herein shall have the meaning ascribed thereto in the Motion.

U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of Debtor, its estate, creditors, and all parties in interest and that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **ORDERED**;

1. The Motion is GRANTED as set forth herein.

2. The Debtor's deadline to assume or reject unexpired leases of nonresidential real property, including, without limitation, the Lease, shall be extended by up to an additional sixty (60) days, through and including December 10, 2013, without prejudice to the right of Debtor to seek further extensions upon the consent of Lessor.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

### #